**STATE of Missouri, Respondent,**

v.

**Jason L. VAUGHN, Appellant.**

**No. WD 60781.**

Missouri Court of Appeals,
Western District.

Jan. 28, 2003.

Vanessa Caleb, Assistant State Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Mr. Jason L. Vaughn appeals the judgment and sentence of the trial court, which found him guilty of first-degree robbery.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).